COURT OF APPEALS NO. 04-15-00037-CV
TRIAL COURT CASE NO. 2015CV00334

JAMES W. MYART JR
Appellant
VS.

DEBORAH MURDOCK
*Appellee*

## ORDER OF EXTENSION AND NOTICE OF HEARING To conduct INDIGENCY

The Trial Court request additional extension to conduct indigency as ordered by Court of Appeals. The Trial Court notice sent was returned by US POSTAL unable to forward due to insufficient zip code to James W. Mryart Junior.

The above-styled and numbered cause is hereby set for a hearing on **March 19th, 2015 at 9:00 a.m.** in County Court at Law Number No. **Two (2)**, 4th Floor Bexar County Justice Center, 300 Dolorosa Street, San Antonio, TX 78205.

SIGNED this 6th day of March, 2015.

_____
Jason W. Wolff
Judge Presiding

**Appellant:**
James W. Myart Junior
223 Anton
San Antonio, TX 78223

**Attorney(s) for Appellee:**
R David Fritsche
921 Proton Road
San Antonio, TX 78258

CC: Gerald Rickhoff (DELIVERED VIA EMAIL)
CC: Dinah L Gaines (DELIVERED VIA EMAIL)

2015 MAR -6 PM 3:29 FILED IN THE COURT OF APPEALS SAN ANTONIO, TX